Case 4:20-po-05007-JTJ   Document 4   Filed 05/13/20   Pa

FILED
5/13/2020

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN J. MONAHAN,<br><br>Defendant. | VIOLATION:<br>7353044<br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation 7353044 (for a total of $65), and for good cause shown,

IT IS ORDERED that the $65 fine ($35 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7353044.

IT IS FURTHER ORDERED that the initial appearance scheduled for August 7, 2020, is VACATED.

DATED this 13th day of May, 2020.

_____
John Johnston
United States Magistrate Judge